DARRYL J. HOROWITT  #100898
SHERRIE M. FLYNN #240215
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Nonparty,
GUARDIAN ALLIANCE TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Subpoena to GUARDIAN ALLIANCE TECHNOLOGIES, INC., <br><br>                          Nonparty,<br><br>MILLER MENDEL, INC.; and TYLER MILLER,<br><br>                          Plaintiffs,<br><br>    v.<br><br>THE CITY OF OKLAHOMA CITY,<br><br>                          Defendant. | **No.  2:20-mc-00018-WBS-DB**<br><br>**STIPULATON TO TRANSFER SUBPOENA-RELATED MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(f) AND ORDER**<br><br>(Subpoena issued from U.S. District Court for the Western District of Oklahoma, *Miller Mendel, Inc. et al. v. The City of Oklahoma City,* No. CIV-18-990-JWD) |

This stipulation is entered into by and between GUARDIAN ALLIANCE TECHNOLOGIES, INC. ("Guardian"), and MILLER MENDEL, INC. and TYLER MILLER (collectively, "Miller Mendel"), by and through their respective attorneys as follows:

**RECITALS**

This stipulation is entered into with the following facts taken into consideration:

A.    On or about January 7, 2020, Miller Mendel served Guardian with a nonparty subpoena (the "Guardian Subpoena") pursuant to a patent infringement lawsuit in the U.S. District

**STIPULATION AND ORDER**

Court for the Western District of Oklahoma, captioned as *Miller Mendel, Inc. et al. v. The City of Oklahoma City*, Case No. CIV-18-990-JWD.

      B.     On or about January 24, 2020, Guardian moved this Court to quash the Guardian Subpoena (the "Motion"). A hearing on the Motion is set for March 13, 2020 at 10:00 a.m.

      C.     On or about February 25, 2020, Miller Mendel and Guardian, through their respective attorneys, met and conferred telephonically pursuant to Eastern District of California Local Rule 251. During the conference, Guardian agreed to transfer the Motion pursuant to Federal Rules of Civil Procedure, Rule 45(f).

      D.     The parties now desire to have the Motion transferred to the U.S. District Court for the Western District of Oklahoma.

**STIPULATION**

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate as follows:

      1.     The parties consent to transfer the Motion to the U.S. District Court for the Western District of Oklahoma.

      2.     Guardian specifically reserves its right to object to personal jurisdiction and venue in the U.S. District Court for the Western District of Oklahoma, if later added as a party to the underlying action, and for all purposes other than resolution of the instant Motion.

DATED: March 4, 2020                                 COLEMAN & HOROWITT, LLP

                                                 By:    /s/ Sherrie M. Flynn
                                                       DARRYL J. HOROWITT
                                                       SHERRIE M. FLYNN
                                                       Attorneys for Nonparty
                                                       GUARDIAN ALLIANCE
                                                       TECHNOLOGIES, INC.

DATED: March 3, 2020                           BUCHALTER


                                               By:   /s/ Robert S. McWhorter
                                                     ROBERT S. McWHORTER
                                                     Attorneys for MILLER MENDEL,
                                                     INC. and TYLER MENDEL

## **ORDER**

The parties having so stipulated, and good cause appearing therefor, nonparty Guardian Alliance Technologies, Inc.'s Motion to Quash the Subpoena served by Miller Mendel, Inc. and Tyler Miller is hereby transferred to the U.S. District Court for the Western District of Oklahoma.

IT IS SO ORDERED.

DATED: March 4, 2020                           /s/ DEBORAH BARNES
                                               UNITED STATES MAGISTRATE JUDGE